1  Alan Steven Wolf, Bar No. 94665
   Daniel K. Fujimoto, Bar No. 158575
2  THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
3  Irvine, CA  92614
   Tel (949) 720-9200
4  Fax (949) 608-0128

5  Attorneys for Creditor
   SunTrust Mortgage, Inc.
6

7                    **UNITED STATES BANKRUPTCY COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
8
   In Re:                                    ) CHAPTER 13
9                                             )
   ERIC LAMARR STOKES and KIMBERLY           ) CASE: 07-40389JG
10 KATHRYN STOKES                             )
                                              ) REQUEST FOR SPECIAL
11                                            ) NOTICE AND FOR
                                              ) INCLUSION IN MAILING
12                                            ) GRID
                                              )
13                                            )
                                              )
14                                            )
                Debtors.                      )
15                                            ) (No hearing date set)
   _____)
16

17 TO THE HONORABLE EDWARD D. JELLEN, BANKRUPTCY JUDGE; THE

18 CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE

19 CHAPTER 13 TRUSTEE; THE DEBTORS; AND ALL PARTIES IN INTEREST:

20      PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002

21 and other rules and provisions of Title 11 of the United

22 States Code, THE WOLF FIRM, attorneys for Creditor SunTrust

23 Mortgage, Inc. , requests special notice of all matters which

24 must be noticed to creditors, the Creditors' Committee or

25 other parties in interest and further requests inclusion in

26 the mailing grid.

27

Matter I.D. 336-7969

1   All copies should be sent to the following address:

2                           THE WOLF FIRM, A Law Corporation
                            2955 Main Street, Second Floor
3                           Irvine, CA  92614

4   Dated:   September 21, 2010

5
                                    /s/Alan Steven Wolf
6                                   ALAN STEVEN WOLF
                                    Attorney for Creditor
7                                   SunTrust Mortgage, Inc.

## PROOF OF SERVICE

RE: STOKES

CASE NO.: 07-40389JG

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, CA 92614. On September 21, 2010 I served a REQUEST FOR SPECIAL NOTICE on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

>SEE ATTACHED LIST MARKED AS
>EXHIBIT "1" AND INCORPORATED
>HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 21, 2010 at Irvine, California.

/s/Yesenia Ruvalcaba
YESENIA RUVALCABA

```
                              EXHIBIT "1"
 1

 2    Debtor(s):
      ERIC LAMARR STOKES
 3    3315 Victor Ave
      Oakland, CA 94602
 4
      KIMBERLY KATHRYN STOKES
 5    3315 Victor Ave
      Oakland, CA 94602
 6
      Chapter 13 Trustee:
 7    MARTHA G. BRONITSKY
      P.O. Box 5004
 8    Hayward, CA 94540-5004

 9    Debtors' Counsel
      PATRICK L. FORTE
10    Law Offices of Patrick L. Forte
      1 Kaiser Plaza #480
11    Oakland, CA 94612-3610

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

      Matter I.D. 336-7969
```