L. Bryant Jaquez, Esq.
CA Bar No. 252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 11-00971

Attorneys for Secured Creditor
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2007-A

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In Re, <br> ERIC LAMARR STOKES AND <br> KIMBERLY KATHRYN STOKES, <br><br> Debtor(s). | BK No.: 07-40389 EJ-13 <br><br> Chapter 13 <br><br> **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2007-A, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

///
///
///
///

1

Case: 07-40389    Doc# 74    Filed: 04/27/11    Entered: 04/27/11 14:25:46    Page 1 of 2

Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    L. Bryant Jaquez, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    1231 E. Dyer Road, Suite 100
    Santa Ana, CA 92705
    PH (714) 481-9100

Dated: 04/26/11            MILES, BAUER, BERGSTROM & WINTERS, LLP

                              By:     /S/ I. Bryant Jaquez
                                     L. Bryant Jaquez, Esq.
                                     Attorney for Secured Creditor

**(11-00971/ndrfsn.dot/sbs)**