| | |
|---|---|
| Martha G. Bronitsky | |
| Chapter 13 Standing Trustee | |
| 24301 Southland Dr #200 | |
| Hayward,CA 94545-1541 | |
| (510) 266- 5580 | |

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 13 Case No: |
| Eric Lamarr Stokes | 07-40389-EDJ13 |
| Kimberly Kathryn Stokes | |

WITHDRAWAL
OF
MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS for the above named Chapter 13 Case which was filed on May 09, 2011, same being court docket #77.

Date: August 16, 2011

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re:<br>    Eric Lamarr Stokes<br>    Kimberly Kathryn Stokes | Chapter 13 Case No:<br>07-40389-EDJ13 |

## Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Eric Lamarr Stokes<br>Kimberly Kathryn Stokes<br>3315 Victor Ave<br>Oakland,CA 94602<br><br>(Debtor(s)) | Patrick L Forte Atty<br>1 Kaiser Plaza #480<br>Oakland,CA 94612<br><br>(Counsel for Debtor(s)) |
| Date: August 16, 2011 | /s/ OLGA GONZALEZ<br>OLGA GONZALEZ |